**Order entered January 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01208-CV

### ROY D. MITCHELL, Appellant

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-09853**

## ORDER

Before the Court is appellant's January 16, 2019 motion seeking a sixty-day extension of time to file a brief. We **GRANT** the motion **to the extent** that appellant shall file a brief by **March 4, 2019**.

/s/     KEN MOLBERG
JUSTICE